UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



NATIONAL LABOR RELATIONS BOARD, :
:
Petitioner, :
v. : Case No. 1:05-mc-159
: (No. 05-2097 (4th Cir.))
:
JET ELECTRIC COMPANY, INC., :
JAMES ANDREW JACKSON D/B/A :
JET ELECTRIC, A SOLE PROPRIETORSHIP, :
:
Respondents, :
:
And :
:
WACHOVIA BANK, N. A., :
:
Garnishee. :

ORDER FOR DISPOSITION OF FUNDS PURSUANT TO
GARNISHMENT

A Writ of Garnishment directed to Garnishee was issued by the Court on March 16, 2006, pursuant to 28 U.S.C. § 3205(c)(1). The Writ of Garnishment was served upon the Garnishee on May 11, 2006 and on or about May 22, 2006, the Garnishee filed and served upon Respondents an Answer stating that it had in its control or possession at the time the Writ of Garnishment was served, money, including checking accounts, savings accounts, money market accounts, certificates of deposit, and other financial accounts in the amount of $17,970.76 in which Respondents maintained an interest.

The Respondents were duly notified of their right to a hearing and right to object to the Answer of the Garnishee. More than twenty (20) days have elapsed since the Garnishee served upon Respondents its Answer to the Writ of Garnishment, and

Respondents have neither requested a hearing nor objected to the Answer of the Garnishee within the time provided by law.

IT IS THEREFORE ORDERED that Garnishee shall immediately pay over to Petitioner the sum of $17,970.76 plus any such additional monies in which the Respondents hold an interest that have come into the possession or control of the Garnishee since the date on which the Petitioner served the Writ of Garnishment, and provide an accounting of such sums.

Said funds shall be transmitted to Petitioner at the following address by check made payable to the National Labor Relations Board:

> National Labor Relations Board
> 4035 University Parkway, Suite 200
> P. O. Box 11467
> Winston-Salem, NC 27116-1467

IT IS FURTHER ORDERED that Garnishee shall continue to honor the provisions of the Writ of Garnishment until Respondents' debt to the Petitioner is paid in full or until further order of this Court.

This the 27th day of November, 2007.

_____
United States District Judge